**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

SUSAN LYNN DEERING,

    Debtor.

_____/

SUSAN LYNN DEERING,

    Plaintiff,

v.

UNIVERSITY OF SOUTH FLORIDA
and COAST PROFESSIONAL, INC.,

    Defendants.

_____/

CASE NO.: 8:11-bk-03897-CPM
CHAPTER 7

ADV. NO.: _____

## ADVERSARY COMPLAINT SEEKING DAMAGES FOR VIOLATION OF DISCHARGE INJUNCTION, THE FDCPA AND STATE LAWS

**COMES NOW** Plaintiff, Susan Lynn Deering, by and through undersigned counsel, and as her complaint against the Defendants states the following:

### PRELIMINARY STATEMENT

1.    On or about March 3, 2011, Plaintiff, Susan Lynn Deering, filed a petition under Chapter 7 of Title 11 of the United States Code (hereinafter referred to as the "Bankruptcy Code").

2.    On or about June 21, 2011, the Plaintiff was granted a discharge of all dischargeable debts pursuant to 11 U.S.C. § 524. The Plaintiff alleges that the discharge included the debt to University of South Florida ("USF"). Defendant USF was listed in the Court's affixed creditor matrix, and thus, received notice of Plaintiffs' bankruptcy filings and subsequent discharge (See attached Composite Exhibit "A" – Notice of Chapter 7 Bankruptcy

Case, Meeting of Creditors & Deadlines, Notice of Discharge and Creditor's Matrix and certificate of notices.)

3.      Plaintiff brings this action pursuant to Fla. Stat. § 559.55 *et. seq.*, the Florida Consumer Collection Practices Act (hereinafter the "FCCPA"), 15 U.S.C. § 1692 *et. seq.*, the Fair Debt Collection Practices Act (hereinafter the "FDCPA") and 11 U.S.C §§ 524 and 105 for contempt of the bankruptcy court orders.

## JURISDICTION AND VENUE

4.      The Court has jurisdiction pursuant to Fla. Stat. § 559.55 *et seq.* and 15 U.S.C. § 1692(a), and it is proper for this Court to hear this proceeding pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 157 (b)(2)(O) and the standing Order of Reference of the United States District Court, Middle District of Florida, referring all bankruptcy matters to the United States Bankruptcy Court, Middle District of Florida.

## PARTIES

5.      Plaintiff, Susan Lynn Deering, (hereinafter "Plaintiff") is a natural person who is a resident of the City of Tampa, County of Hillsborough, State of Florida, and is a "consumer," under the definitions of Fla. Stat. § 559.55(2) and 15 U.S.C. § 1692(a).

6.      Defendant, University of South Florida (hereinafter "USF") is a Florida university, is a creditor as that term is defined by Fla. Stat. § 559.55(3), and is a "person" under Fla. Stat. §559.72.

7.      Defendant, Coast Professional, Inc. (hereinafter "Coast Professional") is a California corporation doing business in the State of Florida and is a debt collector as that term is defined by Fla. Stat. § 559.55(6) and 15 U.S.C. § 1692(a) and is a "person" under Fla. Stat. §559.72

8.      All conduct alleged herein by Plaintiff was authorized, approved and/or ratified by one or more officers, directors, or managers of the Defendants. The conduct alleged herein was a claim to enforce a debt when the Defendants had or should have had knowledge that the debt was not legitimate and/or did not exist.

## FACTUAL ALLEGATIONS

9.      On or about April 19, 2011, Plaintiff received a statement from Defendant USF attempting to enforce and collect on a debt (See attached Exhibit "B").

10.     Defendant USF forwarded the debt account to Defendant Coast Professional in a continued attempt to enforce this debt.

11.     On or about June 20, 2011, Plaintiff received a statement from Defendant Coast Professional attempting to collect on the debt originally owed to Defendant USF (See attached Exhibit "C).

12.     On or about June 29, 2011, Plaintiff received a call from Defendant Coast Professional attempting to collect on the debt originally owed to Defendant USF.

13.     The above-mentioned debt was both listed and discharged under Plaintiff's Chapter 7 Bankruptcy (See attached composite Exhibit "A").

14.     Defendants have failed to implement any effective policy to assure that their collection personnel comply with either the automatic stay or the discharge injunction.

15.     Defendants have failed to implement any effective procedures to eliminate the improper contacts with consumer debtors who are involved or have been involved in bankruptcy proceedings.

16.     Defendants have failed to implement any system to properly identify bankruptcy accounts notwithstanding that the fact that it knows the present system has no discernible impact on whether or not it continues collection activities.

17.     All conditions precedent to this action have occurred, have been satisfied or have been waived.

**COUNT I**
**WILLFUL VIOLATION OF DISCHARGE INJUNCTION**
**DEFENDANT UNIVERSITY OF SOUTH FLORIDA**

18.     Plaintiff realleges and incorporates paragraphs 1-17, as if fully set forth herein.

19.     The actions of Defendant USF in this case, in seeking to collect payment on a discharged debt are in violation of the discharge injunction entered in Plaintiff's bankruptcy case pursuant to 11 U.S.C. § 524, and constitute contempt of bankruptcy court orders.

20.     The Plaintiff alleges that the actions of the Defendant USF in seeking to collect on a debt after the Plaintiff's lawful discharge, constitute a gross violation of the discharge injunction as set forth in 11 U.S.C. § 524.

21.     The conduct of the Defendant USF in this case has substantially frustrated the discharge order entered by this Court and has caused the Plaintiff unwarranted and unnecessary time, effort and expense in seeking to enforce rights guaranteed by the Bankruptcy Code.

22.     As a result of the Defendant's violation of 11 U.S.C. § 524, the Defendant USF is liable to the Plaintiff for actual damages, punitive damages and legal fees under Section 105 of Title 11 of the United States Code.

**COUNT II**
**VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT**
**("FCCPA"), FLA. STAT. § 559.55 *et seq.***
**DEFENDANT UNIVERSITY OF SOUTH FLORIDA**

23.     This is an action against Defendant USF for violation of Fla. Stat. § 559.55 *et seq.*

24.     Plaintiff realleges and incorporates paragraphs 1 through 17, as if fully set forth herein.

25.     The alleged debt to be due and owed to Defendant USF is a "consumer debt," as defined by Fla. Stat. § 559.55(1), in that some or all of the debt is an obligation allegedly incurred by Plaintiff, for personal, family, or household purposes.

26.     Defendant USF is engaged in the business of soliciting consumers for debts and collecting consumer debts and is, therefore subject to Fla. Stat. § 559.55 *et seq.*

27.     Defendant USF violated the FCCPA, Fla. Stat. § 559.72(9), by continuingly trying to enforce a debt when Defendant knew that the debt was not legitimate.  In addition, Defendant knew the legal right to collect the debt did not exist.

28.     Defendant USF further violated the FCCPA, Fla. Stat. § 559.72(9), by forwarding the debt to a debt collector (Defendant Coast Professional) for the purpose of continuing to attempt to enforce the debt when Defendant USF knew that the debt was not legitimate.

29.     Fla. Stat. § 559.72 provides, in pertinent part:

In collecting consumer debts, no person shall:

> (9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate or assert the existence of some other legal right when such a person knows that the right does not exist;

30.     Defendant USF was with knowledge that the debt it was attempting to enforce was discharged and not enforceable.  Accordingly, this knowledge carried with it the reasonable expectation that continued calls to Plaintiff in an attempt to collect on an unenforceable debt would potentially, and in fact, did harass, abuse and cause mental anguish to Plaintiff.

31.     As a result of the above violation of the FCCPA, Defendant USF is liable to Plaintiff for her actual damages, statutory damages, and reasonable attorney's fees and costs pursuant to the FCCPA, Fla. Stat. § 559.77(2).

## COUNT III
## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT ("FCCPA"), FLA. STAT. § 559.55 *et seq.*
## DEFENDANT UNIVERSITY OF COAST PROFESSIONAL, INC.

32.     This is an action against Defendant Coast Professional for violation of Fla. Stat. § 559.55 *et seq.*

33.     Plaintiff realleges and incorporates paragraphs 1 through 17, as if fully set forth herein.

34.     The alleged debt that Defendant Coast Professional attempted to collect on is a debt to be due and owed to Defendant USF and is a "consumer debt" as defined by Fla. Stat. § 559.55(1), in that some or all of the debt is an obligation allegedly incurred by Plaintiff, for personal, family, or household purposes.

35.     Defendant Coast Professional is engaged in the business of collecting consumer debts and is, therefore subject to Fla. Stat. § 559.55 *et seq.*

36.     Defendant Coast Professional violated the FCCPA, Fla. Stat. § 559.72(9), by continuingly trying to enforce a debt when Defendant knew that the debt was not legitimate. In addition, Defendant knew the legal right to collect the debt did not exist.

37.     Fla. Stat. § 559.72 provides, in pertinent part:

In collecting consumer debts, no person shall:

(9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate or assert the existence of some other legal right when such a person knows that the right does not exist;

38.     Defendant Coast Professional was with knowledge that the debt it was attempting to enforce was discharged and not enforceable.  Accordingly, this knowledge carried with it the reasonable expectation that continued calls to Plaintiff in an attempt to collect on an unenforceable debt would potentially, and in fact, did harass, abuse and cause mental anguish to Plaintiff.

39.     As a result of the above violation of the FCCPA, Defendant Coast Professional is liable to Plaintiff for her actual damages, statutory damages, and reasonable attorney's fees and costs.

## COUNT IV
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA")
## 15 U.S.C. § 1692 *et. seq.*
## COAST PROFESSIONAL, INC.

40.     Plaintiff re-alleges and incorporates by reference paragraphs 1- 17 above.

41.     The foregoing acts and omissions of Defendant Coast Professional constitute numerous and several violations of the FDCPA, including, but not limited to 15 U.S.C. § 1692(e)(2) and 1692(f).

42.     As a result of the above violations of the FDCPA, Defendant Coast Professional is liable to Plaintiff for Plaintiff's actual damages, statutory damages, costs and attorney's fees.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against the Defendant University of South Florida, finding that Defendant violated 11 U.S.C. § 524 and the FCCPA, and awarding the Plaintiff her actual damages, statutory damages, attorney's fees and costs in accordance with 11 U.S.C. § 105 and Fla. Stat. § 559.77(2); against Defendant Coast Professional, Inc., finding that Defendant violated the FCCPA and the FDCPA, and awarding the Plaintiff her actual damages, statutory damages, attorney's fees and costs in accordance with Fla.

Stat § 559.77(2) and 15 U.S.C. 1692(k), and awarding Plaintiffs any and all such further relief as is deemed necessary or appropriate.

DATED this \_\_\_\_ day of July, 2011.

Respectfully submitted,

/s/ CHRISTIE D. ARKOVICH
Christie D. Arkovich, Esq.
Florida Bar No. 0963690
Rashi Arya-Blankenship, Esq.
Florida Bar No. 0083997
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland Street
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911(facsimile)
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail, postage prepaid or electronically this July \_\_\_\_, 2011, to: University of South Florida, Cashier's Office, 4202 E. Fowler Ave, ADM 131, Tampa, FL  33620-995 and Beth Ann Scharrer, Chapter 7 Trustee, P.O. Box 4550, Seminole, FL  33775-4550.

I HEREBY FURTHER CERTIFY that a true and correct copy of the foregoing has been furnished by Regular U.S. Mail this July \_\_\_\_, 2011, to: University of South Florida, c/o Steven Prevaux, Registered Agent, 4202 E. Fowler Ave., ADM 254, Tampa, FL  33620 and Coast Professional, Inc., c/o Registered Agent, CT Corporation System, 1200 S. Pine Island Road, Plantation, FL  33324.

_____
Attorney

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)                    Case Number **8:11−bk−03897−CPM**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>Middle District of Florida |
| # Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines<br><br>A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on March 3, 2011 .<br>You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.<br>All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice. |
| ## See Reverse Side For Important Explanations |

| |
|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Susan Lynn Deering<br>20058 Heritage Point Drive<br>Tampa, FL 33647 |

| | |
|---|---|
| Case Number:<br>8:11−bk−03897−CPM | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−2495 |
| Attorney for Debtor(s) (name and address):<br>Christie D Arkovich<br>Law Offices of Christie D Arkovich PA<br>1520 West Cleveland St<br>Tampa, FL 33606<br>Telephone number:  813−258−2808 | Bankruptcy Trustee (name and address):<br>Beth Ann Scharrer<br>Trustee<br>PO Box 4550<br>Seminole, FL 33775−4550<br>Telephone number:  727−392−8031 |

| |
|---|
| **Meeting of Creditors**<br>Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.<br>You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones into the Courthouse. |
| Date: **April 7, 2011**                              Time: **10:00 AM**<br>Location:  **Room 100−A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| **Presumption of Abuse under 11 U.S.C. § 707(b)**<br>*See "Presumption of Abuse" on reverse side.* |
| The presumption of abuse does not arise. |
| **Deadlines:**<br>Papers must be *received* by the bankruptcy clerk's office by the following deadlines:<br>**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts:**<br>**June 6, 2011** |
| **Deadline to Object to Exemptions:**<br>Thirty (30) days after the *conclusion* of the meeting of creditors. |
| **Creditors May Not Take Certain Actions:**<br>In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |
| **Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.** |
| **Creditor with a Foreign Address**<br>A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side. |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602<br>Telephone number:  813−301−5162 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date:  March 8, 2011 |
| Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701. | |

**EXHIBIT "A"**

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint – **or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9)** –in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| | Individual debtors in Chapter 7 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. A statement regarding completion of the course must be filed within 60days after the first date set for the meeting of creditors. Failure to timely file the statement may result in the case being closed without entry of the discharge of debts. If the case is closed without the entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## −− Refer to Other Side for Important Deadlines and Notices −−

| | |
|---|---|
| Voice Case Info. System (VCIS) | For use with a touch−tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1−866−879−1286. |

United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 11-03897-CPM
Susan Lynn Deering                                                        Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: hjeff           Page 1 of 2              Date Rcvd: Mar 08, 2011
                             Form ID: B9A          Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2011.
```
db          +Susan Lynn Deering,    20058 Heritage Point Drive,    Tampa, FL 33647-3343
aty         +Christie D Arkovich,   Law Offices of Christie D Arkovich PA,   1520 West Cleveland St,
              Tampa, FL 33606-1807
19983845    +ACS,    PO Box 7051,   Utica, NY 13504-7051
19983846    +ACS/Bank of America,    501 Bleecker Street,   Utica, NY 13501-2401
19983847    +Aetna,    PO Box 981107,   El Paso, TX 79998-1107
19983853    +BB&T / Grand Hampton HOA,    PO Box 628207,   Orlando, FL 32862-8207
19983848    +Bac Home Loans Servicing,    450 American Street,   Simi Valley, CA 93065-6285
19983850    +Bank of America,   PO Box 92270,    Los Angeles, CA 90009-2270
19983857    +Chaz Dean,   PO Box 230,   Farmingdale, NY 11735-0230
19983858    +Chela,   Attn: Bankruptcy,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
19983859    +Countrywide Home Loans,    PO Box 660694,   Dallas, TX 75266-0694
19983860    +Countrywide Home Loans,    PO Box 10229,   Van Nuys, CA 91410-0229
19983862    +Direct Loans,   PO Box 530260,    Atlanta, GA 30353-0260
19983863    +Doug Belden,   Hillsborough Cnty Tax Collec,    PO Box 172146,   Tampa, FL 33672-0146
19983864    +Emerge/FNBO,    Po Box 105555,   Atlanta, GA 30348-5555
19983866    +GE Money Bank/Sams Club,    Sprechman & Associates,   2775 Sunny Isles Blvd.,   Suite 100,
              Miami, FL 33160-4078
19983869    +Grand Hampton HOA, Inc,    c/o Melrose Sovereign Co LLC,   Tri Morocco,   1600 W Colonial Drive,
              Orlando, FL 32804-7008
19983870    +Humana,   PO Box 14610,   Lexington, KY 40512-4610
19983871    +Huntington Nat'l Bank,    Attention: Bankruptcy,   2361 Morse Road,   Columbus, OH 43229-5856
19983874    +Juniper,   c/o Capital Mgmnt Svcs LLP,   726 Exchange Street,   Suite 700,
              Buffalo, NY 14210-1464
19983873     Juniper,   c/o Financial Recovery Svcs,   PO Box 385908,   Minneapolis, MN 55438-5908
19983875    +MB Financial Servics,    36455 Corporate Dr.,   Farmington Hills, MI 48331-3552
19983878    +Midland Funding LLC,    for GEMB,   c/o Sprechman & Assoc., PA,   2775 Sunny Isles Blvd, Ste 1,
              North Miami Beach, FL 33160-4079
19983879    +Mortgage Electronic Reg Syst,    c/o Marshall Watson PA,   1800 NW 49th St, Suite 120,
              Fort Lauderdale, FL 33309-3092
20002437    +Office of US Attorney,    Attn Civil Process Clerk,   400 North Tampa St Suite 3200,
              Tampa FL 33602-4774
19983882    +Real Time Resolutions,    PO Box 36655,   Dallas, TX 75235-1655
19983881    +Real Time Resolutions,    1750 Regal Row,   Dallas, TX 75235-2289
19983886    +SDI Diagnostic Imaging,    Financial Credit Svcs,   628 Bypass Dr,   Clearwater, FL 33764-5024
19983883    +Sallie Mae,   PO Box 9500,   Wilkes Barre, PA 18773-9500
19983884     Sallie Mae Servicing,   PO Box 9500,   Wilkes Barre, PA 18773-9500
19983889    +State Farm Insurance,    PO Box 588002,   North Metro, GA 30029-8002
19983890    +Tampa Bay Breast Care Spec.,    3000 Medical Park Dr,   Tampa, FL 33613-4680
19983891    +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
19983892    +University of South Florida,    Cashier's Office,   4202 E Fowler Ave,   ADM 131,
              Tampa, FL 33620-9951
19983893    +Us Dept Of Education,    Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
19983894    +Verizon Florida Inc,    500 Technology Dr,   Weldon Spring, MO 63304-2225
19983895    +Volkswagon Credit Inc,    c/o Brice, Vander, Linden et al,   9441 Lbj Freeway Suite 250,
              Dallas, TX 75243-4640
19983899    +WF Card/WB,    PO Box 5445,   Portland, OR 97228-5445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: BBASCHARRER.COM Mar 09 2011 00:18:00     Beth Ann Scharrer,   Trustee,   PO Box 4550,
              Seminole, FL  33775-4550
ust         +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Mar 09 2011 01:35:12     United States Trustee - TPA7,
              Timberlake Annex, Suite 1200,   501 E Polk Street,   Tampa, FL 33602-3949
19983851    +EDI: BANKAMER2.COM Mar 09 2011 00:23:00     Bank of America,   Po Box 17054,
              Wilmington, DE 19850-7054
19983852    +EDI: TSYS2.COM Mar 09 2011 00:18:00     Barclays Bank Delaware,   Attn: Customer Support Dept,
              Po Box 8833,   Wilmington, DE 19899-8833
19983854     EDI: CAPITALONE.COM Mar 09 2011 00:23:00     Capital One, N.A.,   Bankruptcy Dept,   Po Box 5155,
              Norcross, GA 30091
19983855    +EDI: CHASE.COM Mar 09 2011 00:23:00     Chase,   PO Box 15153,   Wilmington, DE 19886-5153
19983856    +EDI: CHASE.COM Mar 09 2011 00:23:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19983861    +EDI: RCSDELL.COM Mar 09 2011 00:23:00     Dell Financial Services,   Attn: Bankruptcy Dept.,
              Po Box 81577,   Austin, TX 78708-1577
19983865    +EDI: RMSC.COM Mar 09 2011 00:23:00     GE Money Bank/Sams Club,   PO Box 960013,
              Orlando, FL 32896-0013
19983867    +EDI: RMSC.COM Mar 09 2011 00:23:00     Gemb/Sams Club,   Attention:GEMB,   Po Box 103104,
              Roswell, GA 30076-9104
19983868    +EDI: RMSC.COM Mar 09 2011 00:23:00     Gemb/Walmart,   Attn: Bankruptcy,   Po Box 103104,
              Roswell, GA 30076-9104
20002436     EDI: IRS.COM Mar 09 2011 00:23:00     Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA  19101-7346
19983872    +EDI: TSYS2.COM Mar 09 2011 00:18:00     Juniper,   PO Box 13337,   Philadelphia, PA 19101-3337
19983876    +EDI: DAIMLER.COM Mar 09 2011 00:23:00     Mercedes Benz Financial Svcs,   36455 Corporate Dr,
              Farmington Hills, MI 48331-3552
```

```
District/off: 113A-8          User: hjeff           Page 2 of 2              Date Rcvd: Mar 08, 2011
                             Form ID: B9A           Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19983877      +EDI: MID8.COM Mar 09 2011 00:18:00      Midland Credit Management,   Po Box 939019,
               San Diego, CA 92193-9019
19983880      +EDI: CHASE.COM Mar 09 2011 00:23:00      Providian BCP,   Po Box 15298,
               Wilmington, DE 19850-5298
19983885      +E-mail/Text: legal@sdihms.com Mar 09 2011 01:19:48      SDI Diagnostic Imaging,   PO Box 403444,
               atlanta, GA 30384-3444
19983883      +EDI: SALMAESERVICING.COM Mar 09 2011 00:23:00      Sallie Mae,   PO Box 9500,
               Wilkes Barre, PA 18773-9500
19983884       EDI: SALMAESERVICING.COM Mar 09 2011 00:23:00      Sallie Mae Servicing,   PO Box 9500,
               Wilkes Barre, PA 18773-9500
19983887      +EDI: CITICORP.COM Mar 09 2011 00:23:00      Shell Oil / Citibank,   Attn: Central Bnkrptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
19983888      +E-mail/Text: cbobankruptcy@baycare.org Mar 09 2011 01:50:38      St Joseph's Womens Hospital,
               PO Box 403777,    Atlanta, GA 30384-3777
19983898       EDI: FUNB.COM Mar 09 2011 00:18:00      Wachovia,   PO Box 45038,   Jacksonville, FL 32232
19983897       EDI: FUNB.COM Mar 09 2011 00:18:00      Wachovia,   PO Box 7558,   Philadelphia, PA 19101
19983896       EDI: FUNB.COM Mar 09 2011 00:18:00      Wachovia,   po box 563966,   Charlotte, NC 28256
                                                                                  TOTAL: 24


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19983849*    +Bac Home Loans Servicing,   450 American St,   Simi Valley, CA 93065-6285
                                                                       TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2011**                    **Signature:** _Joseph Speetjens_

United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 11-03897-CPM
Susan Lynn Deering                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8          User: chavargas          Page 1 of 2          Date Rcvd: Jun 21, 2011
                             Form ID: B18             Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2011.
```
db           +Susan Lynn Deering,   20058 Heritage Point Drive,   Tampa, FL 33647-3343
cr           +Mercedes Benz,   The Hale Law Group,   88 Union Ave,   Ste 700,   Memphis, TN 38103-5128
19983845     +ACS,   PO Box 7051,   Utica, NY 13504-7051
19983846     +ACS/Bank of America,   501 Bleecker Street,   Utica, NY 13501-2401
19983847     +Aetna,   PO Box 981107,   El Paso, TX 79998-1107
19983848     +Bac Home Loans Servicing,   450 American Street,   Simi Valley, CA 93065-6285
19983850     +Bank of America,   PO Box 92270,   Los Angeles, CA 90009-2270
19983857     +Chaz Dean,   PO Box 230,   Farmingdale, NY 11735-0230
19983858     +Chela,   Attn: Bankruptcy,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
19983859     +Countrywide Home Loans,   PO Box 660694,   Dallas, TX 75266-0694
19983860     +Countrywide Home Loans,   PO Box 10229,   Van Nuys, CA 91410-0229
19983862     +Direct Loans,   PO Box 530260,   Atlanta, GA 30353-0260
19983863     +Doug Belden,   Hillsborough Cnty Tax Collec,   PO Box 172146,   Tampa, FL 33672-0146
19983864     +Emerge/FNBO,   Po Box 105555,   Atlanta, GA 30348-5555
19983866     +GE Money Bank/Sams Club,   Sprechman & Associates,   2775 Sunny Isles Blvd.,   Suite 100,
               Miami, FL 33160-4078
19983869     +Grand Hampton HOA, Inc,   c/o Melrose Sovereign Co LLC,   Tri Morocco,   1600 W Colonial Drive,
               Orlando, FL 32804-7008
19983870     +Humana,   PO Box 14610,   Lexington, KY 40512-4610
19983871     +Huntington Nat'l Bank,   Attention: Bankruptcy,   2361 Morse Road,   Columbus, OH 43229-5856
19983874     +Juniper,   c/o Capital Mgmnt Svcs LLP,   726 Exchange Street,   Suite 700,
               Buffalo, NY 14210-1464
19983873      Juniper,   c/o Financial Recovery Svcs,   PO Box 385908,   Minneapolis, MN 55438-5908
19983875     +MB Financial Servics,   36455 Corporate Dr.,   Farmington Hills, MI 48331-3552
20169648     +Mercedes Benz,   c/o Bert Echols,   88 Union Avenue Ste 700,   Memphis, TN 38103-5128
19983878     +Midland Funding LLC,   for GEMB,   c/o Sprechman & Assoc., PA,   2775 Sunny Isles Blvd, Ste 1,
               North Miami Beach, FL 33160-4079
19983879     +Mortgage Electronic Reg Syst,   c/o Marshall Watson PA,   1800 NW 49th St, Suite 120,
               Fort Lauderdale, FL 33309-3092
20002437     +Office of US Attorney,   Attn Civil Process Clerk,   400 North Tampa St Suite 3200,
               Tampa FL 33602-4774
19983882     +Real Time Resolutions,   PO Box 36655,   Dallas, TX 75235-1655
19983881     +Real Time Resolutions,   1750 Regal Row,   Dallas, TX 75235-2289
19983886     +SDI Diagnostic Imaging,   Financial Credit Svcs,   628 Bypass Dr,   Clearwater, FL 33764-5024
19983889     +State Farm Insurance,   PO Box 588002,   North Metro, GA 30029-8002
19983890     +Tampa Bay Breast Care Spec.,   3000 Medical Park Dr,   Tampa, FL 33613-4680
19983891     +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
19983892     +University of South Florida,   Cashier's Office,   4202 E Fowler Ave,   ADM 131,
               Tampa, FL 33620-9951
19983893     +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
19983894     +Verizon Florida Inc,   500 Technology Dr,   Weldon Spring, MO 63304-2225
19983899     +WF Card/WB,   PO Box 5445,   Portland, OR 97228-5445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            EDI: BBASCHARRER.COM Jun 21 2011 22:48:00    Beth Ann Scharrer,   Trustee,   PO Box 4550,
               Seminole, FL  33775-4550
19983851     +EDI: BANKAMER2.COM Jun 21 2011 22:48:00    Bank of America,   Po Box 17054,
               Wilmington, DE 19850-7054
19983852     +EDI: TSYS2.COM Jun 21 2011 22:48:00    Barclays Bank Delaware,   Attn: Customer Support Dept,
               Po Box 8833,   Wilmington, DE 19899-8833
19983854      EDI: CAPITALONE.COM Jun 21 2011 22:48:00    Capital One, N.A.,   Bankruptcy Dept,   Po Box 5155,
               Norcross, GA 30091
19983855     +EDI: CHASE.COM Jun 21 2011 22:48:00    Chase,   PO Box 15153,   Wilmington, DE 19886-5153
19983856     +EDI: CHASE.COM Jun 21 2011 22:48:00    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
19983861      EDI: RCSDELL.COM Jun 21 2011 22:48:00    Dell Financial Services,   Attn: Bankruptcy Dept.,
               Po Box 81577,   Austin, TX 78708
19983865     +EDI: RMSC.COM Jun 21 2011 22:48:00    GE Money Bank/Sams Club,   PO Box 960013,
               Orlando, FL 32896-0013
19983867     +EDI: RMSC.COM Jun 21 2011 22:48:00    Gemb/Sams Club,   Attention:GEMB,   Po Box 103104,
               Roswell, GA 30076-9104
19983868     +EDI: RMSC.COM Jun 21 2011 22:48:00    Gemb/Walmart,   Attn: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
19983871     +EDI: HUNB.COM Jun 21 2011 22:48:00    Huntington Nat'l Bank,   Attention: Bankruptcy,
               2361 Morse Road,   Columbus, OH 43229-5856
20002436      EDI: IRS.COM Jun 21 2011 22:48:00    Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA  19101-7346
19983872     +EDI: TSYS2.COM Jun 21 2011 22:48:00    Juniper,   PO Box 13337,   Philadelphia, PA 19101-3337
19983876     +EDI: DAIMLER.COM Jun 21 2011 22:48:00    Mercedes Benz Financial Svcs,   36455 Corporate Dr,
               Farmington Hills, MI 48331-3552
19983877     +EDI: MID8.COM Jun 21 2011 22:48:00    Midland Credit Management,   Po Box 939019,
               San Diego, CA 92193-9019
19983880     +EDI: CHASE.COM Jun 21 2011 22:48:00    Providian BCP,   Po Box 15298,
               Wilmington, DE 19850-5298
```

```
District/off: 113A-8          User: chavargas          Page 2 of 2              Date Rcvd: Jun 21, 2011
                              Form ID: B18             Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19983885     +E-mail/Text: legal@sdihms.com Jun 21 2011 23:32:07    SDI Diagnostic Imaging,   PO Box 403444,
              atlanta, GA 30384-3444
19983883     +EDI: SALMAESERVICING.COM Jun 21 2011 22:48:00    Sallie Mae,   PO Box 9500,
              Wilkes Barre, PA 18773-9500
19983884      EDI: SALMAESERVICING.COM Jun 21 2011 22:48:00    Sallie Mae Servicing,   PO Box 9500,
              Wilkes Barre, PA 18773-9500
19983887     +EDI: CITICORP.COM Jun 21 2011 22:48:00    Shell Oil / Citibank,   Attn: Central Bnkrptcy,
              Po Box 20507,   Kansas City, MO 64195-0507
19983888     +E-mail/Text: cbobankruptcy@baycare.org Jun 21 2011 23:48:54    St Joseph's Womens Hospital,
              PO Box 403777,   Atlanta, GA 30384-3777
19983895     +E-mail/Text: vci.bkcy@vwcredit.com Jun 21 2011 23:32:27    Volkswagon Credit Inc,
              c/o Brice, Vander, Linden et al,   9441 Lbj Freeway Suite 250,   Dallas, TX 75243-4640
19983898      EDI: FUNB.COM Jun 21 2011 22:48:00    Wachovia,   PO Box 45038,   Jacksonville, FL 32232
19983897      EDI: FUNB.COM Jun 21 2011 22:48:00    Wachovia,   PO Box 7558,   Philadelphia, PA 19101
19983896      EDI: FUNB.COM Jun 21 2011 22:48:00    Wachovia,   po box 563966,   Charlotte, NC 28256
                                                                                      TOTAL: 25


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19983849*    +Bac Home Loans Servicing,   450 American St,   Simi Valley, CA 93065-6285
                                                                       TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2011**                    **Signature:** _____ Joseph Speetjens _____

Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No.  8:11–bk–03897–CPM

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Susan Lynn Deering
    20058 Heritage Point Drive
    Tampa, FL 33647

Social Security No.:
    xxx–xx–2495

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

*Catherine McEwen*

_____

Dated: June 21, 2011          Catherine Peek McEwen
                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Label Matrix for local noticing
113A-8
Case 8:11-bk-03897-CPM
Middle District of Florida
Tampa
Tue Jun 28 04:45:57 EDT 2011

Mercedes Benz
The Hale Law Group
88 Union Ave
Ste 700
Memphis, TN 38103-5128

United States Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602-3860

ACS
PO Box 7051
Utica, NY 13504-7051

ACS/Bank of America
501 Bleecker Street
Utica, NY 13501-2401

Aetna
PO Box 981107
El Paso, TX 79998-1107

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065-6285

Bank of America
PO Box 92270
Los Angeles, CA 90009-2270

Bank of America
Po Box 17054
Wilmington, DE 19850-7054

Barclays Bank Delaware
Attn: Customer Support Dept
Po Box 8833
Wilmington, DE 19899-8833

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase
PO Box 15153
Wilmington, DE 19886-5153

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chaz Dean
PO Box 230
Farmingdale, NY 11735-0230

Chela
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773-9500

Countrywide Home Loans
PO Box 10229
Van Nuys, CA 91410-0229

Countrywide Home Loans
PO Box 660694
Dallas, TX 75266-0694

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Direct Loans
PO Box 530260
Atlanta, GA 30353-0260

Doug Belden
Hillsborough Cnty Tax Collec
PO Box 172146
Tampa, FL 33672-0146

Emerge/FNBO
Po Box 105555
Atlanta, GA 30348-5555

GE Money Bank/Sams Club
PO Box 960013
Orlando, FL 32896-0013

GE Money Bank/Sams Club
Sprechman & Associates
2775 Sunny Isles Blvd.
Suite 100
Miami, FL 33160-4078

Gemb/Sams Club
Attention:GEMB
Po Box 103104
Roswell, GA 30076-9104

Gemb/Walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Grand Hampton HOA, Inc
c/o Melrose Sovereign Co LLC
Tri Morocco
1600 W Colonial Drive
Orlando, FL 32804-7008

Humana
PO Box 14610
Lexington, KY 40512-4610

Huntington Nat'l Bank
Attention:  Bankruptcy
2361 Morse Road
Columbus, OH 43229-5856

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Juniper
PO Box 13337
Philadelphia, PA 19101-3337

Juniper
c/o Capital Mgmnt Svcs LLP
726 Exchange Street
Suite 700
Buffalo, NY 14210-1464

Juniper
c/o Financial Recovery Svcs
PO Box 385908
Minneapolis, MN 55438-5908

MB Financial Servics
36455 Corporate Dr.
Farmington Hills, MI 48331-3552

Mercedes Benz
c/o Bert Echols
88 Union Avenue Ste 700
Memphis, TN 38103-5128

Mercedes Benz Financial Svcs
36455 Corporate Dr
Farmington Hills, MI 48331-3552

Midland Credit Management
Po Box 939019
San Diego, CA 92193-9019

Midland Funding LLC
for GEMB
c/o Sprechman & Assoc., PA
2775 Sunny Isles Blvd, Ste 1
North Miami Beach, FL 33160-4079

Mortgage Electronic Reg Syst
c/o Marshall Watson PA
1800 NW 49th St, Suite 120
Fort Lauderdale, FL 33309-3092

Office of US Attorney
Attn Civil Process Clerk
400 North Tampa St Suite 3200
Tampa FL 33602-4774

Providian BCP
Po Box 15298
Wilmington, DE 19850-5298

Real Time Resolutions
1750 Regal Row
Dallas, TX 75235-2289

Real Time Resolutions
PO Box 36655
Dallas, TX 75235-1655

SDI Diagnostic Imaging
Financial Credit Svcs
628 Bypass Dr
Clearwater, FL 33764-5024

SDI Diagnostic Imaging
PO Box 403444
atlanta, GA 30384-3444

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500

Sallie Mae Servicing
PO Box 9500
Wilkes Barre, PA 18773-9500

Shell Oil / Citibank
Attn: Central Bnkrptcy
Po Box 20507
Kansas City, MO 64195-0507

St Joseph's Womens Hospital
PO Box 403777
Atlanta, GA 30384-3777

State Farm Insurance
PO Box 588002
North Metro, GA 30029-8002

Tampa Bay Breast Care Spec.
3000 Medical Park Dr
Tampa, FL 33613-4680

Tnb-visa
Po Box 560284
Dallas, TX 75356-0284

United States Trustee - TPA7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

University of South Florida
Cashier's Office
4202 E Fowler Ave
ADM 131
Tampa, FL 33620-9951

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403-5609

Verizon Florida Inc
500 Technology Dr
Weldon Spring, MO 63304-2225

Volkswagon Credit Inc
c/o Brice, Vander, Linden et al
9441 Lbj Freeway Suite 250
Dallas, TX 75243-4640

WF Card/WB
PO Box 5445
Portland, OR 97228-5445

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

Beth Ann Scharrer
Trustee
PO Box 4550
Seminole, FL 33775-4550

Christie D Arkovich
Law Offices of Christie D Arkovich PA
1520 West Cleveland St
Tampa, FL 33606-1807

Susan Lynn Deering
20058 Heritage Point Drive
Tampa, FL 33647-3343

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One, N.A.                    Dell Financial Services              Wachovia
Bankruptcy Dept                      Attn: Bankruptcy Dept.               PO Box 45038
Po Box 5155                          Po Box 81577                         Jacksonville, FL 32232
Norcross, GA 30091                   Austin, TX 78708

(d)Wachovia                          (d)Wachovia
PO Box 7558                          po box 563966
Philadelphia, PA 19101               Charlotte, NC 28256

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Bac Home Loans Servicing          End of Label Matrix
450 American Street                  Mailable recipients    60
Simi Valley, CA 93065-6285           Bypassed recipients     1
                                     Total                  61



UNIVERSITY OF
SOUTH FLORIDA

April 19, 2011                                                               U15450823


Susan Deering
20058 Heritage Point Dr
Tampa, FL 33647



Dear Susan Deering,

Our records indicate that an outstanding balance is owed to the University of South Florida. Please check your account on OASIS at http://usfonline.admin.usf.edu/. Should your account not be paid by May 17, 2011, your account balance will increase by $ 167.26.

The following is a breakdown of your account balance:

| Registration Charges | | (813) 974-2000 or Graduate School (813) 974-2846 |
|---|---|---|
| Library | | (813) 974-4497 |
| Study Abroad | | (813) 974-4314 |
| ELI Tuition | | (813) 905-4686 |
| Housing | | (813) 974-0001 |
| Meal Plans | | (813) 974-4499 |
| Book Store | | (813) 974-2631 |
| Student Health Services | | (813) 974-2331 |
| Returned Check & Fees | | (813) 974-6051 |
| Financial Aid Award Repayment | $ 593.00 | (813) 974-4700 |
| Total Balance: | $ 593.00 | |

Please remit payment by  May 17, 2011 to avoid further collection efforts.

Please contact our offices at (813) 974-6052 Monday – Friday 9:00am – 4:30pm ONLY to inform us of payment or dispute.

Thank you for your prompt attention in this matter.

Sincerely,

*Lauren Phillips*

Lauren Phillips
Accounts Receivable
lphillips@admin.usf.edu

--cut along line and mail back with payment--

U15450823                                                                April 19, 2011

Susan Deering                     Mail Payments to:           | Balance: | $ 593.00 |
20058 Heritage Point Dr           USF Cashier's Office
Tampa, FL 33647                   4202 E Fowler Ave, ADM 131   | Balance After May 17, 2011: | $ 760.26 |
                                  Tampa, FL 33620

I have enclosed:        $ _____        In the form of :      ____ Check      ____ Money Order

To make payment by credit card or e-check, please go online to Oasis at http://usfonline.admin.usf.edu/
A $10.00 processing fee applies to credit card payments, but no additional fees for e-check processing.


UNIVERSITY CONTROLLER'S OFFICE  •  ACCOUNTS RECEIVABLE
University of South Florida  •  4202 East Fowler Avenue, ADM147  •  Tampa, FL  33620-5800
(813) 974-2711  •  Fax (813) 974-4847


**EXHIBIT  "B"**

PO BOX 2876
WEST MONROE, LA 71294-9945

 COAST PROFESSIONAL, INC.
PO BOX 2876
WEST MONROE, LA 71294-9945

June 20, 2011

ADDRESS SERVICE REQUESTED

#BWNFTZF #CPS9273730111061#

838712 - 5
SUSAN LYNN DEERING
20058 HERITAGE POINT DR
TAMPA FL 33647-3343

Re: UNIVERSITY OF SOUTH FLORIDA/TUIT 1ST

| | |
|---|---|
| Principal: | $693.00 |
| Interest: | $0.00 |
| Other Interest: | $0.00 |
| Late Fee: | $0.00 |
| Collection Fee: | $141.94 |
| Misc Fees: | $0.00 |
| Balance Due: | $834.94 |

## Collection Agency Notice

Dear SUSAN LYNN DEERING:


AMERICAN COLLECTIONS

Your educational institution has referred your defaulted account to us for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. But, we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

Sincerely,

Coast Professional, Inc.
(888) 815-2843
PO BOX 2876
WEST MONROE, LA 71294-9945

This is a communication from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

*** Detach Lower Portion and Return with Payment ***

Balance Due:    $834.94

COAST PROFESSIONAL, INC.
PO BOX 2876
WEST MONROE, LA 71294-9945

838712-5
SUSAN LYNN DEERING
20058 HERITAGE POINT DR
TAMPA FL 33647-3343

1 OF 2
CPS5-0:7-162784019 236

**EXHIBIT "C"**

SUSAN DEERING / USF PAGE 2

**CALIFORNIA:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO:**
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT SEE, WWW.COLORADOATTORNEYGERNERAL.GOV/CA.

**MASSACHUSETTS:**
You have the right to make written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only 10 days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA:**
This collection agency is licensed by the Minnesota Department of Commerce.

**New York:**
New York City Department of Consumer Affairs License Number: NY # 1334772, LA # 1334773, CA # 1334771. Consumer call back number is 585-991-5200, and ask for Roxanne Baker.
Buffalo License # 556370

**UTAH:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**WISCONSIN:**
This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876 Madison, Wisconsin 53707.

**TENNESSEE:**
This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

**MAINE:**
Telephone number at licensed location is (800) 231-0225; hours of operation at licensed location are Monday – Thursday 8:00am - 9:00pm (PST), Friday 8:00am - 4:30pm (PST).

**IDAHO:**
Note: You may contact this collection agency's Idaho Branch by contacting 800-231-0225. Alternately, you may send written communication to 888 S Disneyland Dr, Ste 100, Anaheim CA 92802.

2 OF 2

CPS5-C617-162764019 236